UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY RENTH,

    Plaintiff,

v.

ROBERT HERTZ and MICHAEL ELLIOTT,

    Defendants.

Case No. 11-cv-834-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on the Court's April 24, 2012, order for plaintiff Anthony Renth to show cause (Doc. 23) why the claim in this case against defendant Michael Elliott should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service. The Court warned Renth that his failure to respond in a timely manner to this order would result in dismissal of this action with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Renth did not respond to the order to show cause. As it warned it would do, the Court therefore **DISMISSES** Renth's claim against Elliott **with prejudice** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   January 16, 2013**

                                            s/J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**