UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY RENTH,

    Plaintiff,

v.

ROBERT HERTZ and MICHAEL ELLIOTT,

    Defendants.

Case No. 11-cv-834-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Robert Hertz and against plaintiff Anthony Renth; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Anthony Renth's claim against defendant Michael Elliott is dismissed with prejudice.

**DATED: January 16, 2013**    NANCY J. ROSENSTENGEL, Clerk of Court
    s/ Jina Hoyt, Deputy Clerk

**Approved:**    s/J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**